UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Braun et al

    v.                                            Civil No. 08-cv-312-JL

GT Solar International, Inc., et al

**ORDER**

**Re: 4/21/09 Endorsed order on [73] and [75] Motions to Stay**

    Ruling: the April 21, 2009 Order on [73] MOTION to Stay Discovery in Hamel v. GT Solar under SLUSA and [75] MOTION to Stay Discovery in Parallel State Court Action Hamel v. GT Solar Int'l, Inc. is hereby vacated.

*/s/ Joe Laplante*

_____
Joseph N. Laplante
U.S. District Judge

Date: April 21, 2009

cc: All Counsel