UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| BRAUN, et al., | ) <br> ) <br> ) Civil No.: 08-cv-00312 <br> ) <br> ) |
| v. | ) <br> ) |
| GT SOLAR INTERNATIONAL, INC., et al. | ) <br> ) <br> ) |

**LEAD PLAINTIFF'S**
**MOTION FOR CLASS CERTIFICATION**

Lead Plaintiff, Arkansas Public Employee Retirement System ("Lead Plaintiff"), respectfully moves for an order, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3), and 23(g): (1) certifying a class (the "Class") consisting of all persons or entities who purchased the common stock of GT Solar International, Inc. ("GT Solar" or the "Company") pursuant or traceable to the Company's registration statement filed on form S-1\A on July 23, 2008 and prospectus filed on Form S-1\A on July 24, 2008 issued in connection with GT Solar's July 24, 2008 initial public offering; (2) certifying Lead Plaintiff as the representative of the Class; and (3) appointing Cohen Milstein Sellers & Toll PLLC as Class Counsel.

The grounds for this motion are set forth more fully in the accompanying Memorandum in Support of Lead Plaintiff's Motion for Class Certification and Declaration of Daniel S. Sommers in Support of Lead Plaintiff's Motion for Class Certification, both of which are respectfully incorporated herein by reference. Pursuant to Local Rule 7.1(c),

- 2 -

counsel for Lead Plaintiff certifies that a good faith attempt has been made to obtain concurrence in the relief sought.

Dated:  April 30, 2010

   /s/ Kenneth Bouchard
Kenneth Bouchard (NH Bar # 51)
BOUCHARD, KLEINMAN AND
 WRIGHT PA
1 Merrill Drive, Suite 6
Hampton, NH 03842
Telephone:  (603) 926-9333
Facsimile:   (603) 929-1221

*Liaison Counsel for Lead Plaintiff*

   /s/ Daniel S. Sommers
Daniel S. Sommers (*Pro Hac Vice*)
Matthew K. Handley (*Pro Hac Vice*)
Joshua M. Kolsky
COHEN MILSTEIN SELLERS &
 TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005-3964
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Lead Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010, copies of the foregoing Lead Plaintiff's Motion for Class Certification were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

                              */s/ Daniel S. Sommers*
                              Daniel S. Sommers (*Pro Hac Vice*)