UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| BRAUN, et al.,<br><br>            v.<br><br>GT SOLAR INTERNATIONAL, INC., et al. | )<br>)<br>) Civil No.: 08-cv-00312<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DANIEL S. SOMMERS IN SUPPORT OF
LEAD PLAINTIFF'S
<u>MOTION FOR CLASS CERTIFICATION</u>**

Daniel S. Sommers declares and says:

1.   I am a partner with the firm of Cohen Milstein Sellers & Toll PLLC and am admitted to practice in this District *pro hac vice*. I am counsel for Arkansas Public Employee Retirement System ("Lead Plaintiff"). I submit this declaration in support of Lead Plaintiff's Motion for Class Certification.

2.   Attached as Exhibit A is a true and correct copy of the July 25, 2008 LDK Solar Co., Ltd., press release filed with the Securities and Exchange Commission on Form 6-K.

3.   Attached as Exhibit B is a true and correct copy of the price history of GT Solar International, Inc., stock from July 24, 2008 through August 29, 2008, obtained through Google Finance and downloaded from http://www.google.com/finance/ historical?cid=715904&startdate=Mar+5%2C+2008&enddate=Aug+30%2C+2008.

- 1 -

4. Attached as Exhibit C is a true and correct copy of Lead Plaintiff's June 30, 2009 Comprehensive Annual Financial Report, downloaded from http://www.apers.org/pdf/APERS_FR09.pdf.

5. Attached as Exhibit D is a true and correct copy of Lead Plaintiff's Certification filed on September 30, 2008 with Lead Plaintiff's Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel.

6. Attached as Exhibit E is a true and correct copy of the prospectus filed with the Securities and Exchange Commission by GT Solar International, Inc., on July 24, 2008.

7. Attached as Exhibit F is a true and correct copy of the firm resume of Cohen Milstein Sellers & Toll PLLC.

8. Attached as Exhibit G is a true and correct copy of the November 6, 2009 Further Stipulated [Proposed] Case Management Order and Joint Request to Amend Deadlines.

9. Attached as Exhibit H is a true and correct copy of the November 13, 2009 Discovery Plan and Further [Proposed] Joint Case Management Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of April, 2010 at Washington, D.C.
.

    /s/ Daniel S. Sommers
    DANIEL S. SOMMERS