UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Irving S. Braun, et al.

    v.                      Civil No. 08-cv-00312-JL

GT Solar International,
Inc., et al.

### O R D E R

The joint motion to modify the case management schedule (document no. 124) is GRANTED. Furthermore, in light of the parties' desire to consider further modifications to the discovery schedule following the March mediation, if necessary, the plaintiff's motion for class certification (document no. 107), which has remained pending for more than 9 months without an objection so as to enable the completion of discovery, is DENIED without prejudice to reinstatement following the mediation, if necessary. Reinstatement can be effected by filing a simple notice to that effect with the court.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: February 4, 2011

cc: Christopher Cole, Esq.
    Mark L. Mallory, Esq.
    Edward F. Haber, Esq.
    Michelle H. Blauner, Esq.
    Christopher D. Hawkins, Esq.
    William L. Chapman, Esq.
    Jamie N. Hage, Esq.
    Daniel S. Sommers, Esq.
    Matthew K. Handley, Esq.
    Steven J. Toll, Esq.
    Joshua M. Kolsky, Esq.
    Kenneth G. Bouchard, Esq.
    Mark Punzalan, Esq.
    C. Kevin Leonard, Esq.
    David P. Slawsky, Esq.
    Lawrence A. Vogelman, Esq.
    C. Thomas Brown, Esq.
    Christopher G. Green, Esq.
    David Hartnagel, Esq.
    Randall W. Bodner, Esq.
    W. Daniel Deane, Esq.
    W. Scott O'Connell, Esq.
    B. Andrew Bednark, Esq.
    Bradley J. Butwin, Esq.
    William J. Sushon, Esq.
    Brooke E. Cucinella, Esq.
    Edmund J. Boutin, Esq.
    John L. Altieri, Jr., Esq.